**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| ENRIQUE HOLGUIN III, | ) | No. EDCV 07-786 CW |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is reversed, and this action is remanded to defendant for payment of benefits.

DATED: April 18, 2008

                                              _____/s/_____
                                                  CARLA M. WOEHRLE
                                        United States Magistrate Judge